IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )          8:06CR284
                              )
      v.                      )
                              )
SUSAN R. LANDWEHR,            )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to continue (Filing No. 41). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to continue is granted; trial is rescheduled for:

**Monday, May 21, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties need additional time to determine if defendant qualifies for a pretrial diversion program. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 26, 2007, and May 21, 2007, shall be deemed excludable time in any computation

of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 26th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court