IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR284 |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN R. LANDWEHR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 96). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment as it relates to Susan R. Landwehr is dismissed without prejudice.

DATED this 7th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court